### 13486. STRICKLAND v. THE STATE.

BROYLES, C. J. 1. The venue of the offense was sufficiently shown.

2. Under repeated rulings of the Supreme Court and of this court, the failure of the judge in a criminal case to charge on the good character of the accused is not error, in the absence of a timely and appropriate written request.

3. Neither of the remaining grounds of the amendment to the motion for a new trial shows reversible error.

4. The verdict is supported by some evidence, and, the finding of the jury having been approved by the trial judge, this court. cannot interefere.　　　*Judgment affirmed. Luke and Bloodworth, JJ., concur.*
　　　　　　　　　　DECIDED JUNE 13, 1922.

Indictment for larceny from house; from Brantley superior court — Judge Summerall. March 6, 1922.

*Cowart & Vocelle,* for plaintiff in error.

*A. B. Spence, solicitor-general,* contra.